**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jason Alexander SHIMADA,
Defendant–Appellant.**

**No. 10–10169.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2011.*

Filed Jan. 21, 2011.

Patrick Michael Walsh, Robert Lawrence Ellman, Esquire, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jason Alexander Shimada appeals from the 63–month sentence imposed following his guilty-plea convictions for armed bank robbery, in violation of 18 U.S.C. § 2113(a), (d). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Shimada contends that his sentence is substantively unreasonable because he lacked any "serious" criminal history and voluntarily ceased his criminal activities before his arrest. The record reflects that the 63–month sentence is substantively reasonable in light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a). *See Gall v. United States,* 552 U.S. 38, 56–57, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (recognizing deference owed to the district court's reasoned and reasonable decision to grant downward variance).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.